IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD DENNIS ANDERSON,

      Plaintiff,                               No. CIV S-06-1462 FCD EFB P

      vs.

K. HARRIS, et al.,

      Defendants.                        FINDINGS AND RECOMMENDATIONS

      On July 26, 2006, the court ordered plaintiff to file a properly completed *in forma pauperis* affidavit within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

      On September 5, 2006, plaintiff filed a packet of miscellaneous documents, including a trust account statement that is not certified, a motion to proceed *in forma pauperis* in the United States District Court for the Southern District of California and a habeas petition also filed in the Southern District. Plaintiff has not filed an *in forma pauperis* affidavit.

      It therefore is RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1  objections with the court and serve a copy on all parties.  Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
3  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
4  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5  Dated: September 14, 2006.

\ f&r fifp

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE